IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | : : : | |
| Petitioner, | : : | |
| v. | : : | CASE NO. 1:23-MI-7-WMR-JCF |
| NATIONAL CREDIT SYSTEMS, INC. | : : : | |
| Respondent | : : | |

## ORDER

This case is before the Court on Respondent's Consolidated Motion For Leave To Exceed Page Limitations Of Rule 7.1(d) (Doc. 27). National Credit Systems, Inc. ("NCS") requests leave to file a brief of up to 80 pages in response to Consumer Financial Protection Bureau's ("CFPB") Amended Petition To Enforce Civil Investigative Demand and also requests that the Court give NCS 14 days after ruling on its motion for page extension to file its response. (*Id*.). CFPB is **DIRECTED** to respond to NCS's motion **NO LATER THAN DECEMBER 2, 2024**. NCS's response to CFPB's Amended Petition shall be filed **NO LATER THAN 14 DAYS** after the Court rules on NCS's motion to exceed page limitations.

**IT IS SO ORDERED** this 21st day of November, 2024.

*/s/ J. Clay Fuller*
J. CLAY FULLER
UNITED STATES MAGISTRATE JUDGE